IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DANNY YOUNG, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:06cv0678 |
| ) | |
| BRIDGESTONE AMERICAS HOLDING, INC., ) | |
| ) | |
|     Defendant. ) | |

## FINAL JUDGMENT

Plaintiff Danny Young brings suit against Defendant Bridgestone Americas Holding, Inc. ("BSAH"), Young's former employer's pension plan administrator, under 29 U.S.C. § 1132 (ERISA § 502) for wrongful denial of disability retirement benefits. Pending before the Court are cross motions for judgment on the administrative record. (Doc. No. 30 (Plaintiff's Motion); Doc. No. 34 (Defendant's Cross Motion).) For the reasons set forth in the accompanying Memorandum Opinion, the Court finds that BSAH's denial of Plaintiff's claim for disability retirement benefits was not arbitrary and capricious and, because the decision was rational in light of the disability plan's provisions, the Court must uphold the determination. Consequently, Plaintiff's motion (Doc. No. 30) is **DENIED** and Defendant's motion (Doc. No. 34) is **GRANTED**.

**JUDGMENT** is hereby entered in Defendant's favor and this matter is **DISMISSED** with prejudice.

It is so **ORDERED**.

This is a final judgment for purposes of Fed. R. Civ. P. 58.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge